UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWREY, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-0547 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2018, the undersigned issued an order referring this action to the Post-Screening ADR Project. (ECF No. 17.) The July 12, 2018 order directed the parties to return the attached notice, informing the court whether they waived disqualification of the undersigned to hold the settlement conference, within thirty days. (Id.) Thirty days passed from July 12, 2018 and plaintiff did not return the notice or otherwise respond to the July 12, 2018 order.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to return the form attached to the July 12, 2018 order; if plaintiff fails to return the form, the undersigned will vacate the order referring this action to the Post-Screening ADR Project and direct defendants to file a response to the amended complaint.

Dated: August 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Merr547.osc