UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN, | No. 2: 18-cv-0547 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| LOWREY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2018, this action was referred to the Post-Screening ADR Project and stayed for 120 days.

On September 26, 2018 and October 4, 2018, a settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay is lifted;

2. Defendants shall file a response to the amended complaint within thirty days of the date of this order.

Dated: October 11, 2018

Merr547.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE